1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 SCOTT JOHNSON,

11          Plaintiff,                            No. Civ S-12-1049 KJM JFM

12     v.

13 ALI MOZEB, Individually and
   d/b/a AM Market, et al.,
14
            Defendants.                           ORDER
15 _____/

16          Each of the parties in the above-captioned case have filed a "Consent to Proceed

17 Before a United States Magistrate Judge." See 28 U.S.C. §636(a)(5) and (c). According to E.D.

18 Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must

19 approve the reference to the magistrate judge.

20          The undersigned has reviewed the file herein and recommends that the above-

21 captioned case be reassigned and referred to the magistrate judge for all further proceedings and

22 entry of final judgment.

23          IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the

24 Honorable John F. Moulds. The parties shall please take note that all documents hereafter filed

25 with the Clerk of the Court shall bear case No. Civ. S-12-1049 JFM. All currently scheduled

26 dates presently set before Judge Mueller are hereby **VACATED**.

                                                  1

IT IS SO ORDERED.

DATED:  August 22, 2012.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: August 27, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;john1049.con