IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON

      Plaintiff,                  No. 2: 12-cv-1049 JFM

    vs.

ALI MOZEB, Individually and
d/b/a AM Market, et al.,

      Defendants.             ORDER SETTING STATUS CONFERENCE

_____/

      Each of the parties in the above-captioned case have consented to proceed before a United States Magistrate Judge. (See Dkt. Nos. 9 & 10.) On June 9, 2012 the defendants answered the complaint. (See Dkt. No. 8.) On August 23, 2012, the parties filed a joint status report. (See Dkt. No. 11.)

      Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

      1. A Status (Pretrial Scheduling) Conference is set for January 10, 2013 at 11:00 a.m. in courtroom # 26 before the undersigned.

      2. Should the parties deem it necessary to file an amended joint status report, the amended joint status report shall be filed no later than seven days before the Status (Pretrial

1

Scheduling) Conference.

        3. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 160).  In addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the court."

DATED: December 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

14
john1049.schord