IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. 2:12-cv-1049 JFM

      vs.

ALI MOZEB, individually and
d/b/a AM Market, et al.,         ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of counsel/plaintiff, the court has determined that the above-captioned case has settled.  The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

      All hearing dates set in this matter, including the Settlement Conference currently set for May 16, 2013, are **VACATED.**

      <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

      IT IS SO ORDERED.

DATED: May 8, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE