IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. 2:12-cv-1049 JFM

        vs.

ALI MOZEB, individually and
d/b/a/ AM Market, *et al.*,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file dispositional documents. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 11, 2013 request for extension of time is granted; and

        2. The parties shall file dispositional documents by July 8, 2013.

DATED: June 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE