IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. 2:12-cv-1049 JFM

       vs.

ALI MOZEB, individually and
d/b/a/ AM Market, et al.,

        Defendants.             <u>ORDER</u>

_____/

      Plaintiff has filed a second request for an extension of time to file dispositional documents. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 8, 2013, request for extension of time (ECF No. 24) is granted; and

      2. The parties shall file dispositional documents by August 5, 2013.

DATED: July 9, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE