UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01049-JFM** |
| Plaintiff, | ) **ORDER RE: STIPULATION FOR** |
| vs. | ) **DISMISSAL WITHOUT PREJUDICE** |
| Ali Mozeb, et al., | ) |
| Defendants | ) |

Pursuant to the stipulation of the parties (ECF No. 26), IT IS ORDERED that the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

DATED:  August 8, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE